UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDGAR R GARCIA,

        Plaintiff,

   v.

PATRICK GLEBE,

        Defendant.

CASE NO. C14-5990 RBL-JRC

ORDER

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

    Currently before the Court is plaintiff's motion for additional time to file a response to defendant's motion to dismiss (Dkt. 13). Defendant states that he does not oppose plaintiff's motion. Defendant does state that he believes the sixty-day extension that plaintiff requests is excessive (Dkt. 14).

1       The Court grants plaintiff additional time -- until May 29, 2015 -- to file a response to
2  defendant's motion to dismiss.  Defendant has until June 5, 2015 to file a reply.  The Court
3  directs the clerk's office to note defendant's motion to dismiss (Dkt. 11), for June 12, 2015.
4       Dated this 22nd day of April, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2