UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDGAR R GARCIA,

          Plaintiff,

v.

PATRICK GLEBE,

          Defendant.

CASE NO. 3:14-CV-05990-RBL-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation on defendant's Motion to Dismiss (Dkt. 11). The motion is denied as moot for the reasons set forth in the Report and Recommendation.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. J. Richard Creatura

**DATED** 18th day of August, 2015.

Ronald B. Leighton
United States District Judge

ORDER - 1