UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDGAR R. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK GLEBE,<br><br>　　　　　Defendant. | CASE NO. C14-5990 RBL-JRC<br><br>ORDER REGARDING EXTENSION AND DIRECTING PLAINTIFF TO SEEK AN ORDER OF SUBSTITUTION |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Presently before the Court is the issue of the suspension of plaintiff's attorney. *See* Dkt. 30. On June 16, 2016, plaintiff's wife attempted to file a Motion for an Extension of Time to Locate a New Attorney ("Motion For Extension"), and informed the Court that plaintiff's attorney has been suspended. *See id.* Although plaintiff's wife has attempted to request an extension on behalf of plaintiff, the Motion is not properly before the Court based on her non-attorney status and based on plaintiff's failure, among other things, to file a motion to proceed on

his own behalf or appoint another attorney. *See* Local Rules W.D. Wash. Rule 83.2(b)(4). Therefore, plaintiff is advised of some of the relevant Rules herein and directed to take action accordingly, such as by filing a motion to proceed on his own behalf or by appointing another attorney.

## BACKGROUND

On August 21, 2015, counsel (Ms. Mallonee) appeared on behalf of plaintiff. Dkt. 24. On May 20, 2016, defendant filed a Motion for Summary Judgment in this matter. Dkt. 29. That motion was noted on the motion calendar for June 17, 2016. Pursuant to Local Rules W.D. Wash. Rule 7(d)(3), plaintiff's response brief to that motion was due on June 13, 2016. On June 16, 2016, plaintiff's wife attempted to obtain an extension to file a response to defendant's Summary Judgment Motion. Dkt. 30. Meanwhile, defense counsel received an email from plaintiff's attorney, Ms. Mallonee, informing him that she currently was suspended from the practice of law and will not be representing the plaintiff with regard to the State's pending Motion for Summary Judgment. Dkt. 31 at 1. Ms. Mallonee, however, has not filed a notice of withdrawal in this matter.

On June 24, 2016, defendant responded to the Motion For Extension. Dkt. 31. Defendant has no objection to a 45 day extension of time for plaintiff to file his responsive brief to defendant's Motion for Summary Judgment. *Id.* at 2.

## DISCUSSION

The Local Rules provide guidance for this situation and plaintiff is advised to take notice of them. It is clear that plaintiff desires an extension and defendant does not object. Plaintiff, however, has failed to comply with the Local Rules, and has failed, among other things, to file a motion to proceed on his own behalf or to appoint alternative counsel. *See* Local Rules W.D.

Wash. Rule 83.2(b)(4). Plaintiff cannot take any step in this case until this step, as well as other relevant steps, are taken. *See id.* According to Local Rules W.D. Wash. Rule 83.2(b)(4):

> (4) When a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf, certifies in the motion that he or she has provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed *pro se*; provided, that the court may in its discretion hear a party in open court, notwithstanding the fact that he or she is represented by an attorney.

Local Rules W.D. Wash. Rule 83.2(b)(4).

It is clear that when counsel for plaintiff becomes unable to act due to suspension, before any further proceedings are had in this action on plaintiff's behalf, plaintiff must either appoint another attorney or seek an order of substitution to proceed *pro se.* Local Rules W.D. Wash. Rule 83.2(b)(5) provides:

> (5) When an attorney suddenly becomes unable to act in a case due to death, incapacity, removal or suspension, the party for whom he or she was acting as attorney must, before any further proceedings are had in the action on his or her behalf, unless such party is already represented by another attorney, (i) appoint another attorney who must enter an appearance in accordance with subsection (a) or (ii) seek an order of substitution to proceed pro se in accordance with subsection (b)(4).

Local Rules W.D. Wash. Rule 83.2(b)(5).

## CONCLUSION

On or before August 1, 2016, plaintiff shall have another attorney file an appearance on his behalf or file a *pro se* appearance himself. If no such appearances are forthcoming or plaintiff does not respond in writing to this order within the time set forth herein, this case may be dismissed without prejudice and without further notice.

1  Because it is clear that plaintiff needs an extension in order to file his Response to
2  Defendant's Motion for Summary Judgment, it is hereby ordered that plaintiff has until August
3  18, 2016 to file his Response. Defendant's Reply will be due on August 24, 2016.

4  Counsel for plaintiff shall inform the court, in writing, of plaintiff's address(es) and
5  phone number(s) within ten days hereof. Counsel shall also forward all correspondence to
6  plaintiff, including this order, for a period of 30 days hereafter or until substitute counsel has
7  appeared, whichever first occurs. The Clerk's Office is hereby directed also to send a copy of
8  this Order to the address provided by plaintiff's wife in her letter to the Court: 1413 E. 34th St.
9  Tacoma, WA 98404.

10  Dated this 7th day of July, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER REGARDING EXTENSION AND
DIRECTING PLAINTIFF TO SEEK AN ORDER
OF SUBSTITUTION - 4