HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDGAR R. GARCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICK R. GLEBE,<br><br>          Defendant. | CASE NO. C14-5990RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation [Dkt. #35].

(2) Plaintiff's motion for voluntary dismissal [Dkt. #33] is GRANTED without prejudice and without costs, and Defendant's pending Motion for Summary Judgment [Dkt. #29] is DENIED as moot.

Dated this 13th day of October, 2016.

Ronald B. Leighton
United States District Judge